United States District Court
Southern District of Texas
**ENTERED**
July 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL RIVERA JR., *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 5:20-CV-210 |
| | § | |
| KARRIERS, INC, *et al*, | § § | |
| Defendants. | § | |

# ADVISORY

Plaintiffs filed a notice of dismissal without prejudice as to Defendant Long Shot Trucking, LLC (Dkt. No. 12). The plaintiff in a civil suit may generally dismiss an action without a court order upon the filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Since the "Fifth Circuit has held that the word 'action' in Rule 41 does not mean the entire lawsuit," a plaintiff may "dismiss individual parties from a suit under Rule 41(a)." *Collier v. Batiste*, No. 05-0019, 2005 WL 3543824, at *3 (E.D. La. Oct. 21, 2005) (citing *Oswalt v. Scripto, Inc.*, 616 F.2d 191, 195 n.5 (5th Cir. 1980)).

Here, Defendant Long Shot Trucking, LLC has filed neither an answer nor a motion to dismiss. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendant Long Shot Trucking, LLC from the docket. Plaintiffs' claims against Defendants Karriers, Inc. and Jon Edward Behle remain pending.

**SIGNED** July 28, 2021.

Marina Garcia Marmolejo
United States District Judge